**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Alice Daniels

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE DANIELS,<br><br>　　Plaintiff,<br><br>　　v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. SACV09-1108 CW<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($3,700.00) for attorney fees and NINETEEN DOLLARS and TEN CENTS ($19.10) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

　　Dated: December 22, 2010

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　THE HONORABLE CARLA M. WOEHRLE
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2  Respectfully submitted,
3  LAW OFFICES OF MARTIN TALLER
4      /s/ *Troy Monge*
   _____
5  Troy D. Monge
   Attorney for Plaintiff Alice Daniels
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28